DOROTHY F. L. JONES, Respondent, v. UNION CENTRAL LIFE INSURANCE COMPANY, Appellant.

Argued May 18, 1943; decided June 18, 1943.

*James F. Hubbell* for appellant.

*Moses G. Hubbard, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.